THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 

   v.

 
 
 
 Evangelica H.,
 Anthony P., Kedar S., John Doe, whose true name is unknown, and James Doe,
 whose true name is unknown, Defendants,
 Of whom Anthony
 P. is the Appellant.
 In the
 interest of two minor children under the age of 18.
 
 
 

Appeal From Jasper County
Peter L. Fuge, Family Court Judge

Unpublished Opinion No.  2011-UP-493  
 Submitted November 1, 2011 -  Filed
November 7, 2011

AFFIRMED

 
 
 
 Robert S. Metro, of Hilton Head Island, for
 Appellant.
 Tracy O'Kelly Klatt, of Beaufort, for
 Respondent.
 Heather Jones Galvin, of Bluffton, for
 Guardian ad Litem.
 
 
 

PER CURIAM: Anthony P. appeals the family court's final order terminating his parental rights
 to his minor child.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the
 record and the family court's findings of fact and conclusions of law, pursuant
 to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no
 meritorious issues warrant briefing.  Accordingly, we affirm the family court's
 ruling.
AFFIRMED.[1]
FEW, C.J., and
 THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.